**Dismissed and Opinion Filed September 6, 2018.**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-18-00072-CR**

**CARLA RENEE RHODES, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. F-1514137-J**

# MEMORANDUM OPINION

Before Justices Lang, Fillmore, and Schenck
Opinion by Justice Lang

Before the Court is appellant's September 5, 2018 "Motion for Voluntary Dismissal of

Appeal[]." Appellant and his attorney have signed the motion. We grant the motion. *See* TEX. R.

APP. P. 42.2(a).

We dismiss the appeal.

/Douglas S. Lang/
DOUGLAS S. LANG
JUSTICE

Do Not Publish
TEX. R. APP. P. 47
180072F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

CARLA RENEE RHODES, Appellant

No. 05-18-00072-CR    V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court No. 3, Dallas County, Texas
Trial Court Cause No. F-1514137-J.
Opinion delivered by Justice Lang. Justices Fillmore and Schenck participating.

Based on the Court's opinion of this date, the appeal is dismissed.

Judgment entered this 6th day of September, 2018.